```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9

10  MIKE D. CLIFTON,             )    CV-F 04-5938 OWW LJO
                                 )
11              Plaintiff,       )    STIPULATION AND
                                 )    ORDER TO EXTEND
12         v.                    )    TIME
                                 )
13  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
14  Security,                    )
                                 )
15              Defendant.       )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from May 2, 2005 to June 7, 2005.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,


Dated: April 20, 2005            /s/ Robert D. Christenson
                                 (As authorized via facsimile)
                                 ROBERT D. CHRISTENSON
                                 Attorney for Plaintiff


Dated: April 20, 2005            McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
                                 Assistant U.S. Attorney


        IT IS SO ORDERED.

**Dated:    April 21, 2005**              **/s/ Lawrence J. O'Neill**
66h44d                           UNITED STATES MAGISTRATE JUDGE